1   **CAROL ANN MOSES #164193**
Attorney at Law
2   545 East Alluvial, Suite 112
Fresno, California 93720
3   Telephone (559) 449-9069
Facsimile (559) 449-9016

4

5   Attorney for Defendant, THOMAS ZIPP

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )      CASE NO. 6:08-mj-00022-WMW
                                        )
12              Plaintiff,              )
                                        )      SUBSTITUTION OF ATTORNEYS
13   vs                                 )
                                        )
14   THOMAS ZIPP,                       )
                                        )
15              Defendant.              )
                                        )
16   _____ )

17          Defendant, THOMAS ZIPP, hereby substitutes, CAROL ANN MOSES, in place and

18   stead of his present attorney, DANIEL CRONIN.  Consent of this substitution of attorneys is

19   indicated by signatures below.

20

21   Dated: July 11, 2008                      /s/ Thomas Zipp
                                               THOMAS ZIPP
22

23   Dated: July 11, 2008                      /s/ Carol Ann Moses
                                               CAROL ANN MOSES
24

25   Dated: July 11, 2008                      /s/ Daniel Cronin
                                               DANIEL CRONIN
26   **It is so ordered:**

27
                                               _____
28                                             WILLIAM M. WUNDERLICH
                                               U.S. MAGISTRATE COURT JUDGEIT IS
     SO ORDERED.

1   **Dated:**   **July 15, 2008**                **/s/  William M. Wunderlich**

2                                   UNITED STATES MAGISTRATE JUDGE